THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICEO DAWSON, | CASE NO. C17-0638-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GENESIS CREDIT MANAGEMENT, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties are scheduled for a trial before the Court on January 8, 2018. On its own motion, and in the interest of judicial economy, the Court ORDERS that the one-day Court trial be rescheduled to January 11, 2018 at 9:30 am. The parties' proposed pretrial order must be filed no later than December 29, 2017. The parties' respective trial briefs must be filed no later than January 3, 2018. The parties' shall file proposed findings of fact and conclusions of law no later than January 8, 2018. The above documents should be written to reflect the Court's rulings in its summary judgment order issued on November 27, 2017.

//

//

1    DATED this 18th day of December 2017.

2                                            William M. McCool
                                             Clerk of Court
3
                                             s/Tomas Hernandez
4                                            Deputy Clerk

MINUTE ORDER
C17-0638-JCC
PAGE - 2